D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

| | |
|---|---|
| SPIROS VALENTIS | 08-CV-2741 (ARR) |
| Plaintiff, | NOT FOR PRINT OR ELECTRONIC PUBLICATION |
| -against- | |
| BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN (BSPCC); BSPCC FOUNTAIN LTD.; ANN BINDMAN; RICHARD ARKWRIGHT; GEORGE SPANAKOS; LOWEL RUBIN; JAMES HAMERSCHLAG; and MARY J. MITCHEL, | ORDER |
| Defendants. | |

---------------------------------------------------------------- X

ROSS, United States District Judge:

On December 14, 2009, Magistrate Judge Lois Bloom issued a report and recommendation recommending that this action be dismissed. (Dkt. No. 35.) Magistrate Judge Bloom reasoned that plaintiff died on December 11, 2008 and despite a court order notifying plaintiff's successor or representative that she must move to substitute herself on behalf of the plaintiff pursuant to Fed. R. Civ. P. 25(a)(1) by November 25, 2009, plaintiff's successor had failed to comply. (Dkt. No. 35.) On December 29, 2009, after receiving an affidavit from Isabel D. Pascale, the Executor of plaintiff Spiros Valentis, I issued an order adjourning consideration of Magistrate Judge Bloom's Report and Recommendation for a period of thirty days to permit the parties an opportunity to file a stipulation of discontinuance with the court. (Dkt. No. 37.) The court's December 29, 2009 order was mailed to plaintiff's address on file with the court. That mailing was returned as undeliverable. The court will adjourn consideration of Judge Bloom's Report and Recommendation for an additional period of fourteen (14) days, until

1

February 17, 2010, to permit the parties to file a stipulation of discontinuance. This order is being sent to Executor Isabel D. Pascale's address.

SO ORDERED.

/Signed by Judge Ross/
_____
Allyne R. Ross
United States District Judge

Dated: February 3, 2010
      Brooklyn, New York

SERVICE LIST:

       Isabel D. Pascale
       Executor for Spiros Valentis
       75 Henry Street
       Brooklyn, NY 11201


       Richard John Cea, Esq.
       Wingate Kearney & Cullen
       45 Main St., Ste 1020
       Brooklyn, NY 11201


cc:       Magistrate Judge Lois Bloom